FILED
Charlotte
Jul 10 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
2:57 pm, Jul 03 2025
WESTERN NORTH CAROLINA
CHARLOTTE

| | |
|---|---|
| United States of America<br>v.<br><br>ANGEL ANTONIO LARA REYES<br>*Defendant* | )<br>)<br>) Case No. 3:25 mj 179-SCR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANGEL ANTONIO LARA REYES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a) - Reentry of a removed alien

Date: 07/03/2025 1:05 PM

*Issuing officer's signature*

City and state: Charlotte, North Carolina

The Hon. Susan C. Rodriguez, US Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/7/25, and the person was arrested on *(date)* 7/7/25
at *(city and state)*

Date: 7/7/25

*Arresting officer's signature*

Michael Vargas - Special Agent
*Printed name and title*